# United States Court of Appeals
## For the First Circuit

No. 20-1667

KAREN ELIZABETH RIVERA-MEDRANO,

Petitioner,

v.

MERRICK B. GARLAND,
UNITED STATES ATTORNEY GENERAL,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS

Before

Thompson, Lipez, and Kayatta,
Circuit Judges.

ERRATA SHEET

The opinion of this Court issued on August 26, 2022 is amended as follows:

Page 25, line 5:  The question mark should be changed to a period so that the sentence, as corrected, reads:  Were it our job to decide in the first instance whether an IJ is likely to change his or her mind upon review of the new evidence Rivera-Medrano offers, I would side with my colleagues.